IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID W. KELSO,**

       **Petitioner,**

v.                                    **CASE NO. 5:10-cv-181-RS-CJK**

**KENNETH S. TUCKER,**

       **Respondent.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 20), Petitioner's Objections (Doc. 21), and Petitioner's Amendment to Objections (Doc. 22). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. The certificate of appealability is **DENIED** because Defendant has not made a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on July 31, 2012.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**